W. W. HARRISON, et al., *Plaintiffs in Error*, vs. C. H.
SIMPSON, as surviving partner of McRae and Simpson,
*Defendant in Error.*

143 So. 253.

Division A.

Decision filed July 21, 1932.

*R. A. McGeachy,* and *E. C. Maxwell,* for Plaintiffs in
Error;

*William Fisher,* for Defendant in Error.

ON REHEARING.

PER CURIAM.—After the original order of affirmance
was filed in this cause a rehearing with oral argument
was granted and the case was again presented. After
mature consideration, we find that we must adhere to
the original judgment and it is so ordered.

Reaffirmed on rehearing.

BUFORD, C.J., AND. ELLIS AND BROWN, J.J., concur.